Law Office Of

# Joseph M. Blazosek
*Counselor At Law*

Telephone
Phone: (570) 655-4410
Fax: (570) 655-8616

Address
225 Wyoming Avenue
West Pittston, Pennsylvania 18643

May 31, 2005



Office of the Clerk
Attention: Ms. Monica Mosley
United States District Court
District of Delaware
Lockbox 18 - 844 King Street
Wilmington, Delaware 19801

    Re:    Price v. Delaware River and Bay Authority
             Civil Action No.: 05-cv-338 SLR

Dear Ms. Mosley:

Enclosed is the executed Acknowledgment of Receipt for AO Form 85 in regard to the above captioned case.

Thank you.

Sincerely yours,

JOSEPH M. BLAZOSEK, ESQUIRE

JMB:dam
enclosure