IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEAN PRICE, individually and as Executrix of the Estate of George Price, Deceased, | : <br> : THE HONORABLE <br> : |
| Plaintiffs | : <br> : |
| vs. | : <br> : |
| DELAWARE RIVER AND BAY AUTHORITY, | : <br> : CIVIL ACTION NO.: |
| Defendant | : |

*******************************************************************************

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached Certification, Counsel moves the admission pro hac vice of Joseph M. Blazosek, Esquire to represent Jean Price, individually and as Executrix of the Estate of George Price, Deceased in this matter.

SIGNED: _____
JOHN S. MALICK, ESQUIRE
DELAWARE BAR #: 2320
100 East Fourteenth Street
Wilmington, Delaware 19801
Phone: (302) 427-2247
Attorney for Plaintiffs

DATE: 6-2-05

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED Counsel's Motion for Admission Pro Hac Vice is granted.

DATE: _____       _____
United States District Judge