IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JEAN PRICE, individually and as Executrix :
of the Estate of George Price, Deceased, : THE HONORABLE
:
Plaintiffs :
:
vs. :
:
DELAWARE RIVER AND BAY AUTHORITY,:
: CIVIL ACTION NO.:
Defendant :
*************************************************************************

**CERTIFICATION BY COUNSEL TO BE
ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

SIGNED: _____
JOSEPH M. BLAZOSEK, ESQUIRE
PA. STATE BAR # 33830
225 Wyoming Avenue
West Pittston, Pennsylvania 18643
Phone: (570) 655-4410

DATE: 6/2/05