# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA
MIDDLE DISTRICT OF PENNSYLVANIA

I, Mary E. D'Andrea, Clerk of the United States District Court, Middle District of Pennsylvania, Do Hereby Certify That **Joseph M. Blazosek, Esquire**, was duly admitted to practice in said Court on May 21, 1981, and is in good standing as a member of the bar of said Court.

Dated at Scranton, Pennsylvania
on June 3, 2005.

MARY E. D'ANDREA, CLERK

By _____
Deputy Clerk