IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEAN PRICE, individually and as Executrix of the Estate of George Price, deceased: <br><br> Plaintiff, <br><br> v. <br><br> DELAWARE RIVER AND BAY AUTHORITY, <br><br> Defendant. | C.A. No. 05-cv-338 (SLR) <br><br> JURY TRIAL DEMANDED |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED among the parties, by their undersigned counsel, that defendant Delaware River and Bay Authority's time to file an answer or otherwise plead in response to the Complaint is extended to August 19, 2005.

| ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A. | JOHN S. MALIK, ATTORNEY AT LAW |
|---|---|
| /s/ Carmella P. Keener <br> Carmella P. Keener (DSBA No. 2810) <br> Citizens Bank Center, Suite 1401 <br> P.O. Box 1070 <br> Wilmington, DE 19899-1070 <br> (302) 656-4433 <br> ckeener@rmgglaw.com <br>    Attorney for Defendant, Delaware <br>    River and Bay Authority | /s/ John S. Malik <br> John S. Malik (DSBA No. 2320) <br> 100 E. 14th Street <br> Wilmington, DE 19801 <br> (302) 427-2247 <br> jmalik@malik-law.com <br>    Attorney for Plaintiff Jean Price |