IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEAN PRICE, individually and as Executrix of the Estate of George Price, deceased: | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 05-cv-338 (SLR) |
| DELAWARE RIVER AND BAY AUTHORITY, | ) ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

### ENTRY OF APPEARANCE

**TO: CLERK OF THE COURT**

PLEASE ENTER THE APPEARANCES of Carmella P. Keener, Esquire of the law firm of Rosenthal, Monhait, Gross & Goddess, P.A., Citizens Bank Center, 919 N. Market Street, Suite 1401, P.O. Box 1070, Wilmington, DE 19899-1070, (302) 656-4433, ckeener@rmgglaw.com, and Mary Elisa Reeves, Esquire of Donna Adelsberger & Associates, P.C., 6 Royal Avenue, P.O. Box 530, Glenside, PA 19038-0530, (215) 576-8690, mreeves@dlalawyers.com, on behalf of defendant Delaware River and Bay Authority.

> ROSENTHAL, MONHAIT, GROSS
> & GODDESS, P.A.
>
> By: /s/ Carmella P. Keener
> Citizens Bank Center, Suite 1401
> 919 N. Market Street
> P.O. Box 1070
> Wilmington, DE 19899-1070
> (302) 656-4433
> ckeener@rmgglaw.com
>   Attorney for Defendant, Delaware
>   River and Bay Authority

## **CERTIFICATE OF SERVICE**

I, Carmella P. Keener, hereby certify that on this 9th day of August, 2005, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

John S. Malik, Esquire
John S. Malik, Attorney at Law
100 E. 14th Street
Wilmington, DE 19801

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com