# EXHIBIT A



1.  No suit, action or proceeding against DRBA or its parent, subsidiaries, affiliates or contractors, or against the vessels, agents, crew or employees of any of the foregoing entities, shall be maintainable for loss of life or bodily injury to any passenger unless (a) written notice of claim be delivered to DRBA within six months from the day when the loss of life or bodily injury occurred, and (b) such notice having been given, the suit, action or proceeding is commenced within one year from the day when the loss of life or bodily injury occurred.

2.  (a) It is agreed by and between the passenger(s) and DRBA that any and all disputes and matters whatsoever, which arises under, in connection with or incident to this ticket or the voyage shall be litigated, if at all, in and before a court of competent jurisdiction located in Delaware to the exclusion of the courts of any other (city, county) state or country.

   (b) The terms and conditions of this ticket applies to claims, suits and litigation of any kind whether against DRBA "in personam" or the vessel "in rem" or otherwise.