IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEAN PRICE, individually and as Executrix of the Estate of George Price, deceased, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 05-cv-338 (SLR) |
| DELAWARE RIVER AND BAY AUTHORITY, | ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION OF DISMISSAL**

The parties hereby stipulate and agree by their undersigned counsel that this matter is DISMISSED with prejudice.

| | |
|---|---|
| JOHN S. MALIK, ATTORNEY AT LAW | ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A. |
| /s/ John S. Malik | /s/ Carmella P. Keener |
| John S. Malik (DSBA No. 2320) | Carmella P. Keener (DSBA No. 2810) |
| 100 East 14th Street | Suite 1401, 919 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1070 |
| (302) 427-2247 | Wilmington, DE 19801 |
|   Attorney for Plaintiff | (302) 656-4433 |
| |   Attorney for Delaware River & Bay Authority |

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 7th day of October, 2005, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

John S. Malik, Esquire
John S. Malik, Attorney at Law
100 E. 14th Street
Wilmington, DE 19801

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com

cc:   Mary Elisa Reeves, Esquire
      Susan Weiner, Esquire